# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GGIS INSURANCE SERVICES, INC,** d/b/a Guardian General Insurance Services and **RICHARD ACUNTO,** : : : : | **CIVIL ACTION NO. 1:10-CV-0932** : **(Judge Conner)** : |
| **Plaintiffs** : : | : |
| v. : : | : |
| **LINCOLN GENERAL INSURANCE COMPANY, INC.,** : : : | : : |
| **Defendant** : | : |

-------------------------------------------------------------------------

| | |
|---|---|
| **LINCOLN GENERAL INSURANCE COMPANY, INC.,** : : : | **CIVIL ACTION NO. 1:10-CV-0967** : **(Judge Conner)** |
| **Plaintiff** : : | : |
| v. : : | : |
| **GUARDIAN GENERAL INSURANCE SERVICES, INC. and RICHARD ACUNTO,** : : : : | : : : |
| **Defendants** : | : |

## <u>ORDER</u>

AND NOW, this 7th day of June, 2010, upon consideration of the telephone conference conducted with the parties on June 3, 2010, wherein the parties stipulated to consolidate the above-captioned cases, and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a); see also Cella v. Togum Constructeur Ensembleier en

Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation),

it is hereby ORDERED that:

1. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is instructed to CONSOLIDATE the case docketed as Civil Action No. 1:10-CV-0967 into the case docketed as Civil Action No. 1:10-CV-0932 and to CLOSE the case docketed as Civil Action No. 1:10-CV-0967.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:10-CV-0932.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge